1  MICHAEL K. BRISBIN (SBN 169495)
   LAURA E. FANNON (SBN 111500)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
4  Telephone: 415.433.0990
   Facsimile: 415.434.1370
5
   Attorneys for Plaintiff,
6  **AMERICAN GENERAL LIFE INSURANCE COMPANY**

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No. ___15-cv-05351 VC____ |
|---|---|
| Plaintiff, | **CORRECTED ~~PROPOSED~~ ORDER GRANTING MOTION OF PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER AND GRANTING REQUEST THAT THE COURT DEPOSIT MONEY IN INTEREST-BEARING ACCOUNT** |
| v. | |
| CURTIS CAMPBELL; SUSAN A. RODRIGUEZ; DOUGLAS W. COLE; MARIA KATRINA HELTON, aka KATRINA JACOBSEN; PATRICIA GUICE; MYRA STEWART; MALINA COLE; STEPHANIE BRAGLIA; BRYCE OLNEY; COLBIE FERNANDEZ; SONIA OLMOS-GARCIA; and JULIE PREGER, | |
| Defendants. | Action Filed: November 23, 2015 |

TO ALL PARTIES AND TO THE CLERK OF THIS COURT:

NOTICE IS HEREBY GIVEN THAT plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("AGLIC") hereby moves this Court for an order allowing AGLIC to tender to the Clerk of this Court the sum of **$100,000**, minus any premium due and plus interest, if any is owed, for deposit into the registry of this Court. This sum represents the death benefit now due and payable under American General life insurance policy number YME0733994 ("the Policy") issued to Failene Athena Campbell ("the Decedent").

Good cause appearing, the Court hereby ORDERS as follows:

(1) AGLIC is authorized to deposit the sum of $100,000, plus accrued interest, into the registry of the United States District Court, Northern District of California, no later than thirty days from the date of this order.

(2) The Clerk of this Court shall deposit the sum of $100,000, minus any premium due and plus accrued interest, if any is owed, into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds.

Date: 03/17/2016

Hon. Vince Chhabria
JUDGE, U.S. DISTRICT COURT