UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CURTIS CAMPBELL, et al.,<br><br>        Defendants. | Case No. 15-cv-05351-VC<br><br>**ORDER WITHDRAWING SETTLEMENT CONFERENCE REFERRAL AND REFERRING THE PARTIES TO ADR UNIT** |

    The referral to Judge Westmore for a settlement conference is withdrawn. Instead, this case is referred to the Court's ADR program for a mediation, to be conducted in the next 30 days.

    **IT IS SO ORDERED.**

Dated: May 31, 2016

_____
VINCE CHHABRIA
United States District Judge