ROBERT M. CAIETTI, State Bar No. 119591
*bob@caiettilaw.com*
CAIETTI LAW GROUP, APC
8885 Rio San Diego Drive, Suite 232
San Diego, CA 92108
Tel – (858) 623-5644
Fax – (866) 797-8410

Attorneys for Defendants, SUSAN RODRIGUEZ; MARIA KATRINA HELTON, aka KATRINA JACOBSEN; PATRICIA GUICE; MYRA STEWART; MALINA COLE; COLBIE FERNANDEZ; SONIA OLMOS-GARCIA; and JULIE PREGER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN GENRAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS CAMPBELL; SUSAN A. RODRIGUEZ; DOUGLAS W. COLE; MARIA KATRINA HELTON, aka KATRINA JACOBSEN; PATRICIA GUICE; MYRA STEWART; MALINE COLE; COLBIE FERNANDEZ; SONIA OLMOS-GARCIA; and JULIE PREGER,<br><br>Defendants. | Case No.: 3:15-cv-05351-VC<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO COMPLETE MEDIATION (Civ L.R. 7)**<br><br>Ctrm:  4<br>Judge:  Vince Chhabria |

Pursuant to Civil L. R. 7, it is hereby stipulated by and between Defendants SUSAN RODRIGUEZ, MARIA KATRINA HELTON, aka KATRINA JACOBSEN, PATRICIA GUICE, MYRA STEWART, MALINA COLE, COLBIE FERNANDEZ, SONIA OLMOS-GARCIA, and JULIE PREGER through their attorneys of record, Caietti Law Group, APC by Robert M. Caietti, Esq.; Defendant CURTIS CAMPBELL through his attorney of record, Paul E. Groff, Esq.; and STEPHANIE BRAGLIA, in pro per that the time to mediate this case be extended to July 15, 2016, from June 29, 2016.

On June 6, 2016, the parties and counsel participated in a conference call with mediator Tamara Lange, ADR Attorney & Mediator, US District Court for the Northern District of California to discuss, among other issues, scheduling the mediation for a date and time compatible with the mediator and all parties' calendar.  After determining no dates in June or the first full week in July were available, the parties and mediator identified July 11, 2016, was the first available date available on the mediator's calendar that all attorneys and parties were available, and set mediation for that date.  Extending the time to complete mediation to July 15, 2016, will provide the mediator and parties extra time, if necessary, to resolve the case if the parties are unable to finalize a settlement on July 11, 2016.  It is expected an extension of time to July 15, 2016, to mediate the case will not delay scheduling of trial.

Date: June 7, 2016                                              CAIETTI LAW GROUP, APC

                                                                *s/s* Robert M. Caietti
                                                                Robert M. Caietti, Esq.
                                                                Attorneys of Record for Defendants:
                                                                SUSAN RODRIGUEZ; MARIA KATRINA
                                                                HELTON, aka KATRINA JACOBSEN;
                                                                PATRICIA GUICE; MYRA STEWART;
                                                                MALINA COLE; COLBIE FERNANDEZ;
                                                                SONIA OLMOS-GARCIA; and JULIE PREGER

Date: June 7, 2016                                              *s/s* Paul E. Groff
                                                                Paul E. Groff, Esq.
                                                                Attorneys of Record for Defendant,
                                                                Curtis Campbell

Dated: June 7, 2016                                             *s/s* Stephanie Braglia
                                                                Defendant Stephanie Braglia, in Pro Per

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERD,

Dated: June 8, 2016                                             _____
                                                                JUDGE, U.S. DISTRICT COURT