UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>CURTIS CAMPBELL, et al.,<br><br>Defendants. | Case No. 15-cv-05351-VC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 11, 2016<br>Mediator: Tamara Lange |

IT IS HEREBY ORDERED that the request to excuse defendants Sonia Olmos-Garcia and Susan Rodriguez from appearing in person at the July 11, 2016, mediation before Tamara Lange is GRANTED. Defendants Myra Stewart, Patricia Guice, and Julie Preger each must submit either an unconditional written assignment of her interest in the proceeds to a person physically attending the mediation session, or a written power of attorney authorizing a person physically attending the mediation session to make binding settlement decisions on her behalf. Unless these documents are submitted to the mediator and to all other parties by no later than 2:00 p.m. Pacific Standard Time on Friday, July 8, 2016, personal attendance at the mediation session is required.

**IT IS SO ORDERED**.

Dated: July 6, 2016

Maria-Elena James
United States Magistrate Judge